IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 3:12MJ285 |
| | | Magistrate Michael J. Newman |
| Plaintiff | | |
| | : | |
| v | | |
| DEMETRUS L. DUNSON | : | ORDER TO UNSEAL DOCUMENTS |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal, Complaint, Affidavit and Arrest Warrant filed in this matter on September 10, 2012 is hereby unsealed.

9/12/12
DATE

MICHAEL J. NEWMAN
United States Magistrate Judge